IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN SHEET METAL WORKERS
HEALTH AND BENEFIT FUND, *et al.*,

           Plaintiffs,

  v.

GALESVILLE EXCAVATING PLUMBING &
HEATING and ALVIN P. KULAS,

           Defendants.

ORDER

11-cv-475-wmc

---

On February 17, 2012, plaintiffs supplemented their request for F. R. Civ. Pro. 37(a)(5) cost shifting (dkt. 15) with an itemized bill for $544.50, *see* dkt. 18, to which defendant did not respond. The court finds that the claimed expenses are reasonable and there are no circumstances that would make an award of expenses in this amount unjust.

Therefore, IT IS ORDERED that defendants and their attorneys are jointly and severally responsible to pay $544.50 in motion expenses to plaintiffs' attorneys not later than April 6, 2012.

Entered this 6th day of March, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge