IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN SHEET METAL WORKERS HEALTH
AND BENEFIT FUND, MILWAUKEE AREA SHEET
METAL JOURNEYMEN AND APPRENTICESHIP
TRAINING FUND, WISCONSIN SHEET METAL
WORKERS LOCAL 18 VACATION FUND,
WISCONSIN SHEET METAL WORKERS LOCAL 18
RETIREMENT FUND, WISCONSIN SHEET METAL
WORKERS LOCAL 18 INDUSTRY FUND, PATRICK
LANDGRAF, in his capacity as Trustee, SHEET
METAL WORKERS UNION, LOCAL 18, SHEET
METAL OCCUPATIONAL HEALTH INSTITUTE
TRUST FUND, NATIONAL ENERGY
MANAGEMENT INSTITUTE COMMITTEE,
NATIONAL TRAINING FUND FOR THE SHEET
METAL AND AIR CONDITIONING INDUSTRY,
NATIONAL STABILIZATION AGREEMENT OF THE
SHEET METAL INDUSTRY TRUST FUND, SHEET
METAL WORKERS INTERNATIONAL
ASSOCIATION SCHOLARSHIP FUND, BOARD OF
TRUSTEES, SHEET METAL WORKERS NATIONAL
PENSION FUND,

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-475-wmc

    Plaintiffs,

v.

GALESVILLE EXCAVATING PLUMBING &
HEATING, and ALVIN P. KULAS,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered:

1.   granting plaintiffs' motion for summary judgment with respect to claims one, two, three and five;

2.   Plaintiffs are awarded $63,857.45 against defendant Galesville Excavating Plumbing & Heating, along with interest at a rate of 1.5 % per month on $63,810.08 of that sum, and

Judgment in a Civil Case                                                                 Page 2

all reasonable attorneys' fees and costs; and

3. Plaintiffs are further awarded $47.37 in missing work dues and $3,056 in missing vacation fund contributions, along with a pro rata share of attorneys' fees and costs funds, against defendant Alvin Kulas. Of this amount, $47.37 will be owed jointly and severally with defendant Galesville Excavating Plumbing & Heating.

_Peter Oppeneer_                           August 3, 2012
Peter Oppeneer, Clerk of Court                 Date