IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN SHEET METAL WORKERS HEALTH AND BENEFIT FUND, MILWAUKEE AREA SHEET METAL JOURNEYMEN AND APPRENTICESHIP TRAINING FUND, WISCONSIN SHEET METAL WORKERS LOCAL 18 VACATION FUND, WISCONSIN SHEET METAL WORKERS LOCAL 18 RETIREMENT FUND, WISCONSIN SHEET METAL WORKERS LOCAL 18 INDUSTRY FUND, PATRICK LANDGRAF, in his capacity as Trustee, SHEET METAL WORKERS UNION, LOCAL 18, SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND, NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE, NATIONAL TRAINING FUND FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, SHEET METAL WORKERS INTERNATIONAL ASSOCIATION SCHOLARSHIP FUND, BOARD OF TRUSTEES, SHEET METAL WORKERS NATIONAL PENSION FUND, | JUDGMENT IN A CIVIL CASE<br><br>Case No. 11-cv-475-wmc |

     Plaintiffs,

v.

GALESVILLE EXCAVATING PLUMBING & HEATING, and ALVIN P. KULAS,

     Defendants.

---

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered:

1. granting plaintiffs' motion for summary judgment with respect to claims one, two, three and five;

2. Plaintiffs are awarded $63,857.45 against defendant Galesville Excavating Plumbing & Heating, along with interest at a rate of 1.5 % per month on $63,810.08 of that sum, and

all reasonable attorneys' fees and costs; and

3.  Plaintiffs are further awarded $47.37 in missing work dues and $3,056 in missing vacation fund contributions, along with a pro rata share of attorneys' fees and costs funds, against defendant Alvin Kulas. Of this amount, $47.37 will be owed jointly and severally with defendant Galesville Excavating Plumbing & Heating.

_____      August 3, 2012
Peter Oppeneer, Clerk of Court             Date